No. 11-6546. Clifton Shields, Peti-tioner v. United States.

565 U.S. 991, 132 S. Ct. 531, 181 L. Ed. 2d 372, 2011 U.S. LEXIS 7617.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 415 Fed. Appx. 437.